UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:22-cr-167 |
| ARYION DUPREE JACKSON | § § | |

MOTION TO DISMISS COUNT

The United States of America, by and through Alamdar S. Hamdani, United States Attorney, and Sherri L. Zack, Assistant United States Attorney, for the Southern District of Texas, requests that the Court dismiss without prejudice Count 2 of the Criminal Indictment against the defendant, Aryion Dupree Jackson.

                                        Respectfully submitted,

                                        ALAMDAR S. HAMDANI
                                        United States Attorney

By:   /s/ *Sherri L. Zack*
        Sherri L. Zack
        Assistant United States Attorney
        713-567-9374

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:22-cr-167 |
| ARYION DUPREE JACKSON | § § | |

## **O R D E R**

The Government's Motion to Dismiss the Count 2 of the Criminal Indictment without prejudice is GRANTED.

SIGNED at Houston, Texas, on_____.

_____
Lee H. Rosenthal
United States District Judge