IN THE UNITED STATE DISTRICT
COURT FOR THE FIFTH CIRCUIT OF TEXAS

United States Courts
Southern District of Texas
FILED
APR 11 2025
Nathan Ochsner, Clerk of Court

Aryion Jackson,
    Defendant,

v.

Case No. 4:22-cr-00167-001
         4:21-cr-00250-001

United States of America,

## MOTION FOR REDUCTION IN SENTENCE 3582(2)

Comes now, the Defendant acting Pro Se, moves this Honorable Court to Reduce his sentence based on Amendment <u>814</u>. At the time the sentence was imposed defendant was serving a five year Probation sentence.

Defendant did not recieve the (2) point reduction at sentencing. In the instant case, the United Sentencing Commission hadn't implemented the New Guidelines. In 2024 this new sentencing scheme was enacted into law and made retroactive.

CONTINUED
pg. 1 of 2

Defendants Criminal History Points would drastically change his Sentencing Guideline Range and would certianly affect his Criminal History Catagory.

Defendant avers that at sentencing he recieved 327 months. If sentenced today under todays sentencing scheme the sentence would be reduced to 240 months or less.

Defendant hopes and pray that this Honorable Court alter, amend or reduce the sentence accordingly.

On this 17th day of March 2025.

Respectfully submitted,
s/ [signature]
Arylon Jackson
Pro-se Litigant
#01139-506

## CERTIFICATE OF SERVICE

I Aryion Jackson, hereby swear that I mailed (1) True Copy of a 3582(2) Motion for Reduction in Sentence and a 2255 Motion to the Clerk of Court via United States Postal Mail to the following address:

Clerk of Court
United States District Court
515 Rusk St. #11535
Houston, TX 77002

On this 12th day of March 2025.

Respectfully submitted,
s/ Aryion Jackson

