MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | Texas |
|---|---|---|

Name *(under which you were convicted)*: Arylon Jackson

Docket or Case No.: **4:25-cv-01722**

Place of Confinement: USP Victorville (3) Holdover

Prisoner No.: 01139-506

| UNITED STATES OF AMERICA | Movant *(include name under which convicted)* |
|---|---|
| V. | Arylon Jackson |

United States Courts
Southern District of Texas
FILED
APR 11 2025
Nathan Ochsner, Clerk of Court

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:
   United States District Court Fifth Circuit
   515 Rusk St. #11535
   Houston, TX 77002
   (b) Criminal docket or case number (if you know): 4:22-cr-00167-001 / 4:21-cr-00250-001

2. (a) Date of the judgment of conviction (if you know): UKN
   (b) Date of sentencing: UKN

3. Length of sentence: 27 years

4. Nature of crime (all counts):
   Conspiracy to Traffic Adult Ct. 1
   Conspiracy to Traffic Minor Ct. 2

---

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐   (2) Guilty ☑   (3) Nolo contendere (no contest) ☐

6. (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

   N/A

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☑

Page 2 of 13

8. Did you appeal from the judgment of conviction?    Yes ☐    No ☑

9. If you did appeal, answer the following:
   (a) Name of court: _N/A_
   (b) Docket or case number (if you know): _N/A_
   (c) Result: _N/A_
   (d) Date of result (if you know): _N/A_
   (e) Citation to the case (if you know): _____
   (f) Grounds raised:

   _N/A_

   (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☑
   If "Yes," answer the following:
   (1) Docket or case number (if you know): _N/A_
   (2) Result: _N/A_
   (3) Date of result (if you know): _N/A_
   (4) Citation to the case (if you know): _____
   (5) Grounds raised:

   _N/A_

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐    No ☐

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _N/A_
        (2) Docket or case number (if you know): _N/A_
        (3) Date of filing (if you know): _N/A_

(4) Nature of the proceeding: N/A

(5) Grounds raised:

N/A

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
Yes ☐  No ☐

(7) Result: N/A

(8) Date of result (if you know):

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: N/A

(2) Docket of case number (if you know): N/A

(3) Date of filing (if you know): N/A

(4) Nature of the proceeding:

(5) Grounds raised:

N/A

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
Yes ☐  No ☑

(7) Result: N/A

(8) Date of result (if you know):

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:  Yes ☐  No ☑

(2) Second petition:  Yes ☐  No ☑

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

Trial Counsel failed to advise me of my right to appeal

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** _Whether Trial Counsel was Ineffective for failing to have a Psychological Compentcy Test prior to the Guilty Plea?_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_At the time of my arrest I was not twenty five years old and my mental capacity was deemed incompotent as a juvinile. My IQ was below average and my comprehension level was the same. I have always had serious mental deficienties or mentally challenged. Counsel failed to petition the Court for a Psychological Evaluation prior to the proceedings. Defendant did not enter the plea knowingly, voluntarily an intelligently._

(b) **Direct Appeal of Ground One:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ☐   No ☑

   (2) If you did not raise this issue in your direct appeal, explain why:

_My Attorney Abandoned my case_

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

      Yes ☐   No ☑

   (2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _N/A_

Name and location of the court where the motion or petition was filed: _N/A_

Docket or case number (if you know): _N/A_

Date of the court's decision: _N/A_

Result (attach a copy of the court's opinion or order, if available): _N/A_

   (3) Did you receive a hearing on your motion, petition, or application?

      Yes ☐   No ☑

AO 243 (Rev. 09/17)

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐   No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐   No ☑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: This is my initial appeal

GROUND TWO: Whether trial counsel failed to file the proper Pre Trial Motions and Investigation?

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Counsel failed to conduct a full and factual investigation Pretrial. Counsel failed to prepare a proper an adequate defense. Counsel failed to file Motions to Suppress Hearsay Testimony. Counsel failed to file Motions to Suppress Evidence. Counsel failed to obtain Expert testimony from a Psychiatrist.

(b) Direct Appeal of Ground Two:

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☑

Page 6 of 13

(2) If you did not raise this issue in your direct appeal, explain why:

_No Attorney_

(c) **Post-Conviction Proceedings:**

  (1) Did you raise this issue in any post-conviction motion, petition, or application?
  Yes ☐   No ☑

  (2) If you answer to Question (c)(1) is "Yes," state:
  Type of motion or petition: _N/A_
  Name and location of the court where the motion or petition was filed:

  Docket or case number (if you know): _N/A_
  Date of the court's decision: _N/A_
  Result (attach a copy of the court's opinion or order, if available):

  _N/A_

  (3) Did you receive a hearing on your motion, petition, or application?
  Yes ☐   No ☑

  (4) Did you appeal from the denial of your motion, petition, or application?
  Yes ☐   No ☑

  (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
  Yes ☐   No ☑

  (6) If your answer to Question (c)(4) is "Yes," state:
  Name and location of the court where the appeal was filed:

  Docket or case number (if you know): _N/A_
  Date of the court's decision: _N/A_
  Result (attach a copy of the court's opinion or order, if available):

  (7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _No Attorney and No Notice of Right to Appeal._

**GROUND THREE:** Whether Trial Counsel's failure to advise the Defendant of his right to Appeal constitute Ineffective Assistance of Counsel?

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Counsel failed to advise me of my right to Appeal. In fact, Counsel did not perfect an Appeal within the fourteen day time period. Counsel did not file any objections or make an objections during the entire proceeding. Counsel failed to explain the consequence's of the plea.

(b) **Direct Appeal of Ground Three:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐   No ☑

   (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐   No ☑

   (2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

   (3) Did you receive a hearing on your motion, petition, or application?
      Yes ☐   No ☑

   (4) Did you appeal from the denial of your motion, petition, or application?
      Yes ☐   No ☑

   (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
      Yes ☐   No ☑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available):

N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: Initial Appeal. No Attorney

**GROUND FOUR:** Whether Counsel failed to seek a lenient sentence under the (YOA) Youthful Offender Act?

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Counsel discussed the Guilty Plea Negotiations but Not the Consequences of the Plea. Counsel's ill advice caused me to be coerced into pleading guilty and being subjected to a stiffer sentence. Due to my age and mental deficiencies and not having an extensive criminal violent history. See: Miller vs. Alabama and Grahham vs. Florida. I wasn't 26 years old.

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐  No ☑

(2) If you did not raise this issue in your direct appeal, explain why:

Attorney failed to advise me of my right to appeal.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐  No ☑

(2) If you answer to Question (c)(1) is "Yes," state:

Page 9 of 13

AO 243 (Rev. 09/17)

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐  No ☑

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐  No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐  No ☑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: No Attorney

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?   Yes ☐   No ☑

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

    N/A

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At the preliminary hearing: Attorney Dennis Hestler

    (b) At the arraignment and plea: Attorney Dennis Hestler

    (c) At the trial: N/A

    (d) At sentencing: Attorney Dennis Hestler

    (e) On appeal: N/A

    (f) In any post-conviction proceeding: N/A

    (g) On appeal from any ruling against you in a post-conviction proceeding: N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☑   No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐   No ☑

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

    (b) Give the date the other sentence was imposed: N/A
    (c) Give the length of the other sentence: N/A
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☑

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

Trial Counsel failed to advise me of my Right to Appeal within the one year statute of limitations. Also, my Attorney abandoned my case. The Plea negotiations Had stipulations that barred any type of Appeal.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
  A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
  (1) the date on which the judgment of conviction became final;
  (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
  (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
  (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief:

<u>To Alter, Amend or Vacate the current sentence</u>
or any other relief to which movant may be entitled.

<u>      N/A      </u>
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on <u> March /11 /2025 </u>.
(month, date, year)

Executed (signed) on <u> 3/11/2025 </u> (date)

<u> /s/ [signature] </u>
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.



FROM:
Aylin Jackson #01139-506
FTC Oklahoma
Federal Transfer Center
P.O. Box 898801
Oklahoma City, OK 73189

TO:
Clerks Office
U.S. District Court Clerk
515 Rusk St. #11535
Houston, TX 77002

U.S. POSTAGE PAID
PM
BAYTOWN, TX 77521
APR 10, 2025
$18.30
S2324D500801-27

9589 0710 5270 1805 9199 38

CERTIFIED MAIL